E.P.D. = Elizabethton Police Dept.
C.C.S.O. = Carter County Sheriff's Office

# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE       (continuation sheet)

**DESCRIPTION OF PROBLEM:**

On 9/23/2013 at 3:40 P.M. Monday, Incident # 20130001592 File # 308758 Dispatch # 200800308758 E.P.D. Sgt. Curtis L. Bullock, officer Lincoln Orellana, officer Dustin Johnson all took a report at this location 305 West E. St. Elizabethton, TN. that would be T.A. Dugger JR. High School. The report involved this man Drew Houston Cave/sex-offender, this person can tell you all about him in Waynesville, N.C. Sgt. Kenny Aldridge, he'll tell you Drew H. CAVE bought 2-little-girls for sex-at-the-same-time. NOW when my wife, child, and I told E.P.D. officers, Bullock, Orellana, and Johnson at a PUBLIC SCHOOL Drew H. CAVE had been with our child they thought it was funny infact they gave us the third-degree. Then after several years of harrassment and stalking and no help from E.P.D. and C.C.S.O. I said, the LORD's prayer with my family and went to confront Mr. Cave whom should have been in prison for 1,000 feet away from the property line. And it was a law aimed at sex-offenders T.C.A. § 40-39-211. Well on May 4th 2017 when I went to confront the man that pulled out his private part and played with it in front of Destiny Hope Stapp, C.C.S.O. officer Cody James (000378) shot at my back, then Lt. Michael Carlock shot at me from the front they tried to murder me for a well known sex-offender. Now here is a list of public officals that protected C.F.O. of Phenoix Group out of Florida, Drew H. Cave/Sex-Offender. Starting with Sheriff Dexter Lunsford who put the cuffs on me to protect this sex-offender. Carter County Judges Rice and Bowers infact Bowers said nothing while the D.A. shook hands in open court with Drew H. Cave, Lisa Rice stood with Drew H. Cave, and said what he did never happened while victim Destiny H. Stapp cried in her court Room 11/27/2018, D.A.'s office Mark Hill, Matthew Roark, C.C.S.O. Lt. Bean, TNV. Travis Ludlow, Sgt. Tranbarger, Tyler Johnson, Jonthan Blevens, Paul Merrel, Lt. Andy Beun, Randy Bowers, Lori Pierce, and Child-Services Constance Cole, whom sat with Drew and Cindy Cave/Sex-offender and wife in open-court. Now if you are your kids run into these govt. officals keep in mind they protected C.F.O. Drew Houston Cave and not the children.

Now where is the video from the body cams and Dash Cams from the C.C.S.O. 5/4/2017????

And Bill Lee @ tn. gov. knows this!!!

Distribution Upon Final Resolution:
White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                    Page 2 of 2                    RDA 2244